UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKYE N. MORLA,<br><br>      Plaintiff,<br><br>-against-<br><br>N.Y.S. DEPT. OF CORRECTION AND COMMUNITY SUPERVISION (BEDFORD HILLS CF), et al.,<br><br>      Defendants. | 1:19-CV-10282 (CM)<br><br>ORDER DENYING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

  Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees – a $350.00 filing fee and a $50.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. The Clerk of Court is directed to assign this action to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

SO ORDERED.

Dated: December 6, 2019
     New York, New York

                     COLLEEN McMAHON
                     Chief United States District Judge