UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKYE N. MORLA,<br><br>                Plaintiff,<br><br>-against-<br><br>N.Y.S. DEPT. OF CORRECTION AND COMMUNITY SUPERVISION (BEDFORD HILLS CF), et al.,<br><br>                Defendants. | 1:19-CV-10282 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 21, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to pay the $400.00 in fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 21, 2020
       New York, New York

                                                      COLLEEN McMAHON
                                         Chief United States District Judge